

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**



WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

**KIRY K. GRAY**
Clerk of Court

July 17, 2017

SAN BERNARDINO COUNTY SUPERIOR COURT, BARSTOW DISTRICT
235 E. MT. NEW AVENUE
BARSTOW, CA 92311

FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF SAN BERNARDINO
BARSTOW DISTRICT

JUL 20 2017

BY: _____
VALIRE AUBREY-PARRISH, DEPUTY

Re: Case Number: _____5:17-cv-01382-ODW-JPR_____
Previously Superior Court Case No. _____UDBS1701254_____
Case Name: _____VIJAYANT GHAI V. LA-NESS PARKS_____

Dear Sir/Madam:

Pursuant to this Court's ORDER OF REMAND issued on _____7/17/17_____, the above-referenced case is hereby remanded to your jurisdiction.

Attached is a certified copy of the ORDER OF REMAND and a copy of the docket sheet from this Court.

Please acknowledge receipt of the above by signing the enclosed copy of this letter and returning it to our office. Thank you for your cooperation.

Respectfully,

Clerk, U.S. District Court

By: /s/ Linda Chai
Deputy Clerk
Linda_Chai@cacd.uscourts.gov
Western Division

cc: Counsel of record

---

Receipt is acknowledged of the documents described herein.

Clerk, Superior Court

JUL 20 2017
Date

By: _____
Deputy Clerk  VALIRE AUBREY-PARRISH

CV-103 (10/15)   LETTER OF TRANSMITTAL – REMAND TO SUPERIOR COURT (CIVIL)